# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| M13 | E1102582 | LITTLEFIELD | 2556 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 07/15/2025 / 2311
**Offense Charged:** ☑ CFR ☐ USC ☐ State Code — 36 CFR 2.35(c)

**Place of Offense:** GLACIER NATIONAL PARK — FISH CREEK CAMPGROUND: B48

**Offense Description: Factual Basis for Charge** — HAZMAT ☐

DISORDERLY CONDUCT: PRESENCE IN PARK AREA WHEN UNDER INFLUENCE OF ALCOHOL TO DEGREE THAT MAY ENDANGER ONESELF OR ANOTHER PERSON, OR DAMAGE PROPERTY OR PARK RESOURCES, IS PROHIBITED.

### DEFENDANT INFORMATION

**Last Name:** SEARS
**First Name:** ASHLEY
**M.I.:** N

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 782102E | MT | 11 | VOLVO / C30 | | WHITE |

**APPEARANCE IS REQUIRED**
A ☑ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT → www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** 164 MATHER DR, W. GLACIER, MT 59936
**Date:** 08/29/2025
**Time:** 0900

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*E1102582*

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20___ while exercising my duties as a law enforcement officer in the _____ District of _____

SEE ATTACHED PC STATEMENT

The foregoing statement is based upon:
☑ my personal observation    ☑ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/16/2025    [Officer's Signature]
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident.

CVB SCAN 07/29/2025 10:31