# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| M13 | E 1102581 | LITTLEFIELD | 2556 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 07/15/2025 / 2311
Offense Charged: 36 CFR 4.2(b)(2)
Place of Offense: GLACIER NATIONAL PARK, AVALANCHE CAMPGROUND: B48

Offense Description: Factual Basis for Charge:
OPERATING UNDER INFLUENCE OF ALCOHOL OR DRUGS — AGGRAVATED) MCA BAC > .16
BAC: 0.196

### DEFENDANT INFORMATION
Last Name: SEARS
First Name: ASHLEY
MI: N

| Tag No. | State | Year | Make/Model | Color |
|---|---|---|---|---|
| 782102E | MT | 11 | VOLVO/C30 | WHITE |

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

### YOUR COURT DATE
Court Address: 164 MATHER DR, W. GLACIER, MT 59936
Date: 08/29/2025
Time: 0900

X Defendant Signature: [signature]

*E1102581*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20___ while exercising my duties as a law enforcement officer in the _____ District of _____

SEE ATTACHED PC STATEMENT

The foregoing statement is based upon:
- ✓ my personal observation
- ✓ my personal investigation
- information supplied to me from my fellow officer's observation
- other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/16/2025
Officer's Signature: [signature]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident