IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ASHLEY N. SEARS,<br><br>Defendant. | 25-po-5098-JTJ<br><br>VIOLATIONS:<br> E1102581<br> E1102582<br><br>Location Code: M13<br><br>**ORDER** |

Upon motion of the United States and for good cause shown,

**IT IS ORDERED** that the payment plan submitted by the parties regarding violation E1102581 is **ACCEPTED.** Ms. Sears shall make her first payment on or before February 1, 2026.

**IT IS FURTHER ORDERED** that violation E2202582 is **DISMISSED.**

**IT IS FURTHER ORDERED** that the bench trial set for January 9, 2026, is **VACATED.**

DATED this 16th day of December 2025.

John Johnston
United States Magistrate Judge